# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.6.3
### Eastern Division

Epic Games, Inc., et al.

                            Plaintiff,

v.

                            Case No.: 1:22−cv−03596

                            Honorable Sara L. Ellis

The Partnerships and Unincorporated Associations Identified on Schedule A

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 15, 2022:

    MINUTE entry before the Honorable Charles R. Norgle: Plaintiff's ex parte motion to extend the temporary restraining order until August 29, 2022 [21] is granted.Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.